JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| YONG HUI OLSEN, an individual<br>  Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, Et al.,<br>  Defendants. | CASE NO. SACV 09-580-CJC(ANx)<br><br>[PROPOSED] ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE<br><br>Complaint Filed: May 14, 2009 |

Having considered the stipulation of the parties, the Court dismisses the Complaint without prejudice.

IT IS SO ORDERED.

Dated: June 25, 2009

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE

1

CASE NO. CV 09-580 CJC (ANx)